DENNIS MURPHY, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

*Murphy* v. *N. Y. Telephone Co.*, 170 App. Div. 942, affirmed.
(Argued February 1, 1917; decided February 27, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff, a telephone lineman, was at work near the top of a telephone pole when it broke and he was thrown to the ground receiving the injuries complained of. It appeared that the pole was rotten. Negligence was charged in that defendant permitted and required plaintiff to work upon the pole while it was dangerous and unsafe and in that defendant failed to properly inspect or cause a proper inspection of said pole to be made. The defendant offered evidence on the trial that it had delegated the duty of inspection to its employees, including the plaintiff.

*John A. Delehanty* for appellant.

*James McPhillips* and *C. E. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.